# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00049-CV

**Betty Sampleton, Appellant**

**v.**

**Federal National Mortgage Association, a/k/a Fannie Mae, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
### NO. 6057, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Betty Sampleton appeals from a judgment awarding possession in a forcible detainer suit. Her opening brief was originally due on April 20, 2016. After Sampleton failed to timely file her brief, the Clerk of this Court sent notice to her—on May 11, 2016—advising that her brief was overdue and that if she did not file a brief or otherwise respond with a reasonable explanation by May 23, 2016, her appeal would be subject to dismissal for want of prosecution.[1] The May 23 deadline has passed, and to date Sampleton has not filed a brief or otherwise responded. Accordingly, we dismiss this appeal for want of prosecution.[2]

---

[1] *See* Tex. R. App. P. 38.8(a)(1) (if appellant fails to timely file a brief, this Court is empowered to dismiss the appeal for want of prosecution unless appellant reasonably explains the failure and appellee is not significantly injured by that failure).

[2] *See id.* R. 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Prosecution

Filed:   June 22, 2016